**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01567-CR

### CHARLES EUGENE PATTERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1031643-R**

## ORDER

The Court has before it the Appellant's October 1, 2014 motion for extension of time to file tendered reply brief. The Court **GRANTS** the motion. The Appellant's reply brief received by the Clerk of the Court on October 1, 2014, is **DEEMED FILED** as of the date of this order.

/s/    DOUGLAS S. LANG
        JUSTICE